USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/22/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Atilla Toth,

          Plaintiff,

–v–

Hudson Yards Construction LLC, et al.,

          Defendants.

19-cv-10802 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    An initial pretrial conference is scheduled in the above-captioned matter for April 24, 2020 at 3:15 p.m. At 3:15 p.m. on April 24, 2020, the parties shall call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 919-6964, followed by the pound (#) key.

    SO ORDERED.

Dated: April 22, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge