UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Atilla Toth,

          Plaintiff,

–v–

Hudson Yards Construction LLC, et al.,

          Defendants.

19-cv-10802 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The parties are ordered to fully complete Section 12 of their proposed case management plan and resubmit it by April 29, 2020.

    SO ORDERED.

Dated: April 28, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge