USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/20/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------X
                                                                    :
Attila Toth,                                                        :
                                                                    :
                              Plaintiff,                            :        19-cv-10802 (AJN)
                                                                    :
              -v-                                                   :            ORDER
                                                                    :
Hudson Yards Construction LLC, et al.,                              :
                                                                    :
                              Defendant.                            :
                                                                    :
-------------------------------------------------------------------- :
                                                                    X

ALISON J. NATHAN, United States District Judge:

        In light of the COVID-19 public health crisis, the Court will not hold the upcoming post-
discovery conference in this case in person.  Counsel should submit a joint status letter on ECF
no later than seven days prior to the scheduled conference.  The joint letter shall:

    1)  Include a statement confirming that all fact discovery has been completed (the parties
        should not assume that the Court will grant any extensions);

    2)  Include a statement regarding the status of any settlement discussions and whether the
        parties would like a referral to the Magistrate Judge or the Court-annexed Mediation
        Program for settlement discussions;

    3)  Include a statement regarding whether any party intends to move for summary
        judgment on or before the deadline specified in the CMP;

    4)  If no party intends to move for summary judgment, propose (a) a deadline for the
        submission of a joint final pre-trial order pursuant to Rule 5.A of the undersigned's
        Individual Practices in Civil Cases, and (b) potential trial dates; and

    5)  Indicate whether they can do without a conference altogether.

        After reviewing the parties' joint status letter, the Court will issue an order indicating
whether the conference is cancelled and addressing any other relevant deadlines and information.
If a conference is held, it will be by telephone, albeit perhaps at a different time than the
currently scheduled time.  To that end, if counsel believe that a conference would be appropriate,
they should indicate in their joint status letter all times on the date of the scheduled conference
that they would be available for a telephone conference.  In either case, counsel should review
and comply with the Court's Emergency Individual Rules and Practices in Light of COVID-19,
available at https://www.nysd.uscourts.gov/hon-alison-j-nathan.

SO ORDERED.

Dated: November 20, 2020
      New York, New York

_____
ALISON J. NATHAN
United States District Judge