```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/4/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
Attila Toth,                                                      :
                                                                  :
                Plaintiff,                                 :    19-cv-10802 (AJN)
                                                                  :
      -v-                                                         :    ORDER
                                                                  :
Hudson Yards Construction LLC, et al.,                            :
                                                                  :
                Defendant.                                 :
                                                                  :
------------------------------------------------------------------:
                                                                               X

ALISON J. NATHAN, United States District Judge:

        The parties are hereby ORDERED to meet, confer, and propose a briefing schedule for their anticipated motions for summary judgment, *see* Dkt. No. 45, within one week of this Order.

        SO ORDERED.

Dated: February 4, 2021
       New York, New York
                                                            ALISON J. NATHAN
                                           United States District Judge